IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
_____Southern_____ DIVISION

UNITED STATES OF AMERICA            )
                                    )
            v.                      )
____Timothy A. Johnson____          )  CR. NO. _1:06CR149-WKW_
                                    )

### WAIVER OF SPEEDY TRIAL ACT RIGHTS

I, ____Timothy Johnson____, defendant in the above styled case, do hereby waive my rights to a speedy trial as established in 18 U.S.C. § 3161 et seq. I certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and complete explanation of my rights given to me by my attorney and,

WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY WAIVE MY RIGHTS TO A SPEEDY TRIAL.

_7/24/06_
DATE

X_Timothy Johnson_
DEFENDANT

_____
ATTORNEY FOR DEFENDANT