COURTROOM DEPUTY'S MINUTES   DATE: 7-26-2006
MIDDLE DISTRICT OF ALABAMA   DIGITAL RECORDING: 10:24 - 10:28 am
                             COURT REPORTER: 10:29 - 10:31 am

☑ ARRAIGNMENT       ☐ CHANGE OF PLEA       ☐ CONSENT PLEA
☐ RULE 44(c) HEARING   ☐ SENTENCING

PRESIDING MAG. JUDGE: DRB     DEPUTY CLERK: sql
CASE NUMBER: 1:06CR149-WKW    DEFENDANT NAME: Timothy Algernon JOHNSON
AUSA: Morris                  DEFENDANT ATTORNEY: Butler
                              Type counsel ( )Waived; ( )Retained; ( )CJA; (☑)FPD
                              ( ) appointed at arraignment; ( ) standing in for: _____

PTSO/USPO:
Interpreter present? (☑)NO; ( )YES   Name:

☑ This is defendant's FIRST APPEARANCE.
☑ Financial Affidavit executed. ORAL MOTION for appointment of Counsel.
☑ ORAL ORDER appointing Federal Public Defender. Notice of Appearance to be filed.
☐ WAIVER OF INDICTMENT executed and filed.
☐ INFORMATION filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
PLEA:   ☑ Not Guilty
        ☐ Guilty as to:
          ☐ Count(s):
          ☐ Count(s):              ☐ dismissed on oral motion of USA
                                   ☐ to be dismissed at sentencing

☐ Written plea agreement filed   ☐ ORDERED SEALED
☐ ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts _____.
☐ CRIMINAL TERM:              ☑ WAIVER OF SPEEDY TRIAL filed.
              DISCOVERY DISCLOSURE DATE: 7-26-06
☐ ORDER: Defendant continued under ☐ same bond; ☐ summons; for:
          ☐ Trial on _____; ☐ Sentencing on _____
☑ ORDER: Defendant remanded to custody of U. S. Marshal for:
          ☑ Trial on 10-16-06 ; or ☐ Sentencing on _____
☐ Rule 44 Hearing: ☐ Waiver of Conflict of Interest Form executed
                   ☐ Defendant requests time to secure new counsel