# SEARCH WARRANT

( X ) STATE OF ALABAMA  
( ) MUNICIPALITY OF

In the District Court of  
Coffee County, AL

**TO ANY LAW ENFORCEMENT OFFICER WITHIN THE STATE OF ALABAMA:**

Affidavit in support of application for a search warrant having been made before me, and the Court's finding that the grounds for the issuance exist or that there is probable cause to believe that they exist, pursuant to Rule 3.8, Alabama Rules of Criminal Procedure, you are hereby ordered and authorized to forthwith search:

**THE FOLLOWING PERSON(S) OR PLACE:** B/F Santa Moore, B/F Althea Moore, B/M Kelsey Moore and 508 Victoria Drive, Enterprise, Coffee County, AL to include any vehicles or out buildings on said property. The location is better described as travel East on Rucker Blvd. From Boll Weevil Circle. Turn left on Victoria Drive. Travel approximately .4 of a mile and 508 Victoria Drive will be on the right side of the road. The numerals 508 are posted on the mailbox in front of the residence by the road. It is a single story brick dwelling. There is a white garage door on the right side of the residence and white columns on the front porch.

**FOR THE FOLLOWING PROPERTY:** Cocaine, drug paraphernalia to include but not limited to scales and plastic bags, United States Currency, precious metals and jewelry, electronic surveillance devices, weapons, stolen property, indicia of occupancy to include but not limited to envelopes and utility bills, any and all other material evidence of violations of the Alabama Drug Crimes Amendment Act of 1987.

and make return of this warrant and an inventory of all property seized there under before me within (10) days as required by law.

( ) This warrant may only be executed in the daytime between the hours of  
_____ ____.M., and  
_____ ____.M.

(X) The court finds probable cause to believe that a nighttime search warrant is necessary, and this warrant may be executed at any time of the day or night.

**ISSUED TO:** (Name and agency of officer) Lt. Corey Mason, Enterprise Police Department at 11:35 o'clock P M., this the 27th day of January, 2006.

_____  
JUDGE

FEB 2006  
FILED  
J.M. Counts  
Court Clerk  
Coffee Co. AL

10

|  |  |
|---|---|
| STATE OF ALABAMA | DISTRICT COURT |
| CITY OF ENTERPRISE | AFFIDAVIT |

Before me, Honorable B. Paul Sherling, District Judge of Coffee County, Alabama did personally appear, Corey Mason, a Lieutenant with the Enterprise Police Department, who first being duly sworn deposes and says as follows:

That he has probable cause for believing and does believe that cocaine, a drug controlled by the Alabama Drug Crimes Amendment Act of 1987, is now being kept in violation of 13A-12-212 and is in the possession of B/M Kelsey Moore, B/F Santa Moore and B/F Althea Moore at 508 Victoria Drive, Enterprise, Coffee County, AL.

The location is better described as traveling East on Rucker Blvd. from Boll Weevil Circle. Turn left on Victoria Drive. Travel approximately .4 of mile and 508 Victoria Drive is on the right side of the road. The numerals 508 are posted on the mailbox in front of the residence by the road. It is a single story brick dwelling. There is a white garage door on the right side of the residence and white columns on the front porch.

Within the past twenty fours a confidential reliable informant, who has provided information in the past that has led to the recovery of narcotics and the arrest of drug offenders, was at 508 Victoria Drive, Enterprise, Coffee County, AL and observed cocaine. The informant has purchased cocaine and marihuana from that location several times in the past from the individuals listed in this affidavit. Sgt. Byron Caylor also received information within the past three weeks that large amounts of illegal drugs were being kept at this residence.

Based on my training and experience as a police officer and narcotics investigator, I have reason to believe that individuals who illegally possess or sell illegal drugs maintain the following in their home.

Illegal Drugs, in particular cocaine.
United States currency, precious metals and jewelry.
Electronic surveillance devices and weapons to include but not limited to pistols and rifles.
Stolen property obtained via the sale of illegal drugs, to include but not limited to televisions, stereos, and other electronic equipment.
Indicia of occupancy to in clued but not limited to envelopes and utility bills.

Sworn to and subscribed to me this 27th day of January 2006.

_____
Affiant
Lt. Corey Mason, Enterprise P.D.

_____
Honorable B. Paul Sherling
District Judge
Coffee County, AL

11