| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** August 21, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | **Digital Recording:** 3:23 - 3:26 |

**PRETRIAL CONFERENCE**

| | |
|---|---|
| **PRESIDING MAG. JUDGE.** Susan Russ Walker | **DEPUTY CLERK:** Joyce Taylor |
| **CASE NUMBER:** 1:06cr149-WKW | **DEFENDANT(S)** Timothy Algernon Johnson |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Clark Morris | * | Kevin Butler |

☐ **DISCOVERY STATUS:**
    Complete

☐ **PENDING MOTION STATUS:**
    Motion to suppress has been filed - hearing to be set on 8/28/06
    Government to file response by 8/24/06

☐ **PLEA STATUS:**
    Some initial discussions regarding plea
    Notice of intent to change plea to be filed on or before noon on October 4, 2006

☐ **TRIAL STATUS**
    Trial time - 2 days

☐ **REMARKS:**
    Defendant oral motion for government's additional time to file response to motion to suppress.
    Court's oral order granting motion - Government's response to motion to suppress set on 8/24/06.