IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA     )
     )
v.     )     1:06cr149-WKW
     )
TIMOTHY ALGERNON JOHNSON     )

## PRETRIAL CONFERENCE ORDER

A pretrial conference was held on August 21, 2006 before the undersigned

Magistrate Judge.  Present at this conference were Kevin Butler, counsel for the

defendant, and Assistant United States Attorney Clark Morris, counsel for the

government.  As a result of the conference, it is hereby ORDERED as follows:

1.     Jury selection is set for October 16, 2006.  The trial of this case is set

during the trial term commencing on October 16, 2006 before United

States District Judge William Keith Watkins and is expected to last 2

days.

2.     The following motion is pending: defendant's motion to suppress.

3.     Proposed voir dire questions shall be filed on or before October 10,

2006.  Counsel should not include questions seeking information which

is provided in the jury questionnaire.

4.     All motions in limine shall be filed on or before October 10, 2006.

Motions in limine must be accompanied by a brief.  Failure to file a brief

will result in denial of the motion.

5.    Proposed jury instructions shall be filed on or before October 10, 2006.

6.    The court will not consider a plea pursuant to Rule 11(c)(1)(A) or (C)

unless notice is filed on or before noon on October 4, 2006 .  The

government and defendant are informed that if a defendant waits until

the last minute to enter a plea, and if that plea, for whatever reason, is not

accepted by the court, the defendant and the government will be

expected to be prepared to go to trial on October 16, 2006.  The court

will not continue the trial of this case as to any defendant because a

defendant's plea was not accepted.  In other words, the defendant and the

government should not wait until the last minute for a defendant to enter

a guilty plea, and both the defendant and the government should all be

ready to go to trial on October 16, 2006, as to all defendants, even

though a particular guilty plea was not accepted by the court.

7.    This case is set for a second pretrial conference on September 25, 2006

at 3:00 p.m. in Courtroom 5B.

DONE, this 23rd day of August, 2006.


/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE