IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:06cr149-WKW |
| | ) | |
| TIMOTHY ALGERNON JOHNSON | ) | |

## **ORDER**

Upon consideration of defendant's motion to suppress (Doc. # 25), filed August 17, 2006, and for good cause, it is

ORDERED that the motion be and hereby is set for hearing at 9:00 a.m. on August 28, 2006 in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex.

If defendant is in custody, the United States Marshal shall produce him for the hearing.

DONE, this 23rd day of August, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE