# Attachment A

| STATE OF ALABAMA | DISTRICT COURT |
|---|---|
| CITY OF ENTERPRISE | AFFIDAVIT |

  Before me, Honorable B. Paul Sherling, District Judge of Coffee County, Alabama did personally appear, Corey Mason, a Lieutenant with the Enterprise Police Department, who first being duly sworn deposes and says as follows:

  That he has probable cause for believing and does believe that cocaine, a drug controlled by the Alabama Drug Crimes Amendment Act of 1987, is now being kept in violation of 13A-12-212 and is in the possession of B/M Kelsey Moore, B/F Santa Moore and B/F Althea Moore at 508 Victoria Drive, Enterprise, Coffee County, AL.

  The location is better described as traveling East on Rucker Blvd. from Boll Weevil Circle. Turn left on Victoria Drive. Travel approximately .4 of mile and 508 Victoria Dive is on the right side of the road. The numerals 508 are posted on the mailbox in front of the residence by the road. It is a single story brick dwelling. There is a white garage door on the right side of the residence and white columns on the front porch.

  Within the past twenty fours a confidential reliable informant, who has provided information in the past that has led to the recovery of narcotics and the arrest of drug offenders, was at 508 Victoria Drive, Enterprise, Coffee County, AL and observed cocaine. The informant has purchased cocaine and marihuana from that location several times in the past from the individuals listed in this affidavit. Sgt. Byron Caylor also received information within the past three weeks that large amounts of illegal drugs were being kept at this residence.

  Based on my training and experience as a police officer and narcotics investigator, I have reason to believe that individuals who illegally possess or sell illegal drugs maintain the following in their home.

  Illegal Drugs, in particular cocaine.
  United States currency, precious metals and jewelry.
  Electronic surveillance devices and weapons to include but not limited to pistols and rifles.
  Stolen property obtained via the sale of illegal drugs, to include but not limited to televisions, stereos, and other electronic equipment.
  Indicia of occupancy to in clued but not limited to envelopes and utility bills.

Sworn to and subscribed to me this 27th day of January 2006.

_____
Affiant
Lt. Corey Mason, Enterprise P.D.

_____
Honorable B. Paul Sherling
District Judge
Coffee County, AL