## MINUTES

### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA, SOUTHERN, DIVISION

HON. SUSAN RUSS WALKER, MAG JUDGE          AT MONTGOMERY, ALABAMA

DATE COMMENCED:   August 28, 2006                    9:05 a.m.

DATE COMPLETED:   August 28, 2006                    10:35 a.m.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| vs | * | 1:06cr149-WKW |
| TIMOTHY ALGERNON JOHNSON | * | |

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Clark Morris | | Kevin Butler |

### COURT OFFICIALS PRESENT:

Joyce Taylor, Courtroom Deputy
Jimmy Dickens, Court Reporter

### PROCEEDINGS:

### DEFENDANT'S MOTION TO SUPPRESS (DOC. #25)

| | |
|---|---|
| 9:05 a.m. | Court convenes. |
| 9:06 a.m. | Government's direct examination. (Mason) |
| | Mr. Butler's request to have cuff removed from defendant's right hand so he can take notes. |
| | Court allows cuff removed. |
| 9:08 a.m. | Government's direct examination continues. (Mason) |
| 9:15 a.m. | Court's questions to witness. (Mason) |
| | Government's direct examination continues. (Mason) |
| 9:23 a.m. | Defendant's cross examination. (Mason) |
| 9:44 a.m. | Discussions regarding confidential informant. |
| 9:46 a.m. | Defendant's cross examination continues. (Mason) |
| 10:18 a.m. | Discussions regarding confidential informant. Court directs counsel to file motion as to identity of confidential informant. |
| 10:20 a.m. | Court's questions to witness. (Mason) |
| | Government's redirect examination. (Mason) |
| 10:23 a.m. | Defendant's re-cross examination. (Mason) |
| 10:24 a.m. | Government rests. |

## CONTINUATION OF PROCEEDINGS:

| | |
|---|---|
| 10:25 a.m. | Defendant's direct examination. (Ross) |
| 10:28 a.m. | Court suggests that parties talk after proceeding regarding confidential informant. |
| 10:29 a.m. | Defendant's oral arguments. |
| 10:32 a.m. | Government's oral arguments. |
| 10:35 a.m. | Court recessed |