IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

UNITED STATES OF AMERICA　　　*
　　　　　　　　　　　　　　　*
VS.　　　　　　　　　　　　　*　　　1:06cr149-WKW
　　　　　　　　　　　　　　　*
TIMOTHY ALGERNON JOHNSON　　　*

## WITNESS LIST

| GOVERNMENT | DEFENDANT |
|---|---|
| 1. Corey Mason | 1. Rena Ross |