✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

**MIDDLE**  _____  **DISTRICT OF**  _____  **ALABAMA**

UNITED STATES OF AMERICA

V.

TIMOTHY ALGERNON JOHNSON

**DEFENDANT'S EXHIBIT LIST**

Case Number:  1:06cr149-WKW

| PRESIDING JUDGE SUSAN RUSS WALKER | GOVERNMENT'S ATTORNEY CLARK MORRIS | DEFENDANT'S ATTORNEY KEVIN BUTLER |
|---|---|---|
| TRIAL DATE (S) AUGUST 28, 2006 | COURT REPORTER JIMMY DICKENS | COURTROOM DEPUTY JOYCE TAYLOR |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 | 8/28/06 |  | Yes | Search Warrant and Affidavit |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  | EXHIBIT IN SEPARATE ENVELOPE WITH COURT FILE |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.