IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CR. No.: 1:06cr149-WKW |
| ) | |
| TIMOTHY ALGERNON JOHNSON ) | |

## UNOPPOSED MOTION TO CONTINUE TRIAL

**COMES NOW** the Defendant, Timothy A. Johnson, by and through undersigned counsel, Kevin L. Butler, and pursuant to 18 U.S.C. §§ 3161 (h)(1)(F), (h)(1)(I), and (h)(8)(B)(I) moves to continue his presently scheduled October 16, 2006 trial to January 8, 2007. In support of this motion, Defendant would show the following:

1. Mr. Johnson is charged in this Court with possession with the intent to distribute narcotics and possession of a firearm in connection with the narcotics offense.

2. Mr. Johnson has moved to suppress the contraband (narcotics and gun) seized in this case and an evidentiary hearing was conducted on August 21, 2006.

3. In order to allow this Court sufficient time to address the issues presented and allow the parties the opportunity to resolve this matter by negotiated disposition, it is the interest of justice to continue trial in this matter.

4. While requests for a continuance are addressed to the sound discretion of the trial court, *United States v. Darby*, 744 F.2d 1508, 1521 (11th Cir. 1984), *reh'g denied* 749 F.2d 733, cert. denied, 471 U.S. 1100 (1985), in this case, the ends of justice will be served by allowing the Court time to consider defendant pretrial motion and allowing the parties the opportunity

        to resolve this case by negotiated disposition.  This discretionary authority is codified in 18 U.S.C. §§ 3161 (h)(1)(F),  (h)(1)(I), and (h)(8)(B)(I).

5.      The United States, through Assistant United States Attorney Clark Morris, does not oppose the requested continuance.

6.      A waiver of speedy trial signed by Mr. Johnson is being filed forthwith.

        **WHEREFORE**, for the foregoing reasons, Mr. Johnson respectfully requests that his trial date be continued from the presently scheduled date of October 16, 2006 until January 8, 2007.

        Dated this 31st th day of August 2006.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) CR. No.: 1:06cr149-WKW |
| | ) |
| TIMOTHY ALGERNON JOHNSON | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Clark Morris, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138