IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:06-cr-149-WKW |
| | ) | |
| TIMOTHY ALGERNON JOHNSON | ) | |
| and ALTHEA MOORE | ) | |

MOTION FOR LEAVE TO DISMISS INDICTMENT WITH PREJUDICE

Comes now the United States of America by and through its Attorney for the Middle District of Alabama and moves the Court for leave to dismiss the Indictment with prejudice, heretofore filed in the above styled cause, on the following grounds, to wit:

IN THE INTEREST OF JUSTICE.

Respectfully submitted this the 22nd day of November, 2006.

LEURA G. CANARY
UNITED STATES ATTORNEY

s/A.CLARK MORRIS
A. Clark Morris
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: clark.morris@usdoj.gov
ASB-1613-N77A

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:06-cr-149-WKW |
| | ) | |
| TIMOTHY ALGERNON JOHNSON | ) | |
| and ALTHEA MOORE | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: W. Terry Bullard, Esquire, and Kevin L. Butler, Esquire.

Respectfully submitted,

s/A. Clark Morris
A. CLARK MORRIS
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: clark. morris@usdoj.gov
ASB-1613-N77A